IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FORUM ARCHITECTS, LLC,
a limited liability corporation

       Plaintiff,

vs.                         Case No. 1:07-CV-190-SPM/AK

ED CANDELA, PAT CANDELA,
BILL COX, LILLIAN M. COX, DAWN
CLARY, KAREN GOODE, LARRY COHAN,
LINDA COHAN, MARSHA DREW,
MIKE LINEBERGER, LARRY FELDHUSEN,
DIANE SCHEER, STEVE YOUNG,
BETTY BERGER, STEVE WEST,
SALLY PRICE, NANCY MOORE,
PEGGY PAGE, DAVE GATELIEN,
GENIE STURTEVANT, FRANK HODGE,
GRACIE HODGE, EDITH MCCRIMMON,
MIKE CLARY, JEAN DAWKINS, GEORGE
ROSS, MARY PATE and MAXINE COMER'S

       Defendants.
_____/

## ORDER GRANTING LEAVE TO FILE REPLY

Upon consideration, Defendant Michael Peters' motion for leave to file a reply memorandum (doc. 53) is hereby granted. Plaintiff shall have up to and including January 15, 2008 to file a response.

DONE AND ORDERED this 27th day of December, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge