**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FORUM ARCHITECTS, LLC,
a limited liability corporation

       Plaintiff,

vs.                               Case No.   1:07-CV-190-SPM/AK

ED CANDELA ets al.

       Defendants.
_____/

## ORDER

Upon consideration, Plaintiff's motion for enlargement of time to respond to Defendant's motion to dismiss (doc. 54); Plaintiff's motion to amend complaint (doc. 55); and Plaintiff's motion for extension of time to respond to Defendant Michael Peters' reply memorandum (doc. 67) are all hereby *granted*.  Plaintiff shall have up to and including January 30, 2008 to file a response to Defendant's motion to dismiss and up to and including February 1, 2008 to file a response to Defendant Peters' reply memorandum.

DONE AND ORDERED this 23th  day of January, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge