**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**FORUM ARCHITECTS, LLC,**

    Plaintiff,

vs.                                                                  **CASE NO. 1:07CV190-SPM/AK**

**ED CANDELA, et al,**

    Defendants.

_____/

**O R D E R**

Plaintiff has moved for protective order as to several of Defendant Candela's Second Requests to Produce. (Doc. 89). Defendant has responded. (Doc. 97). Having considered said motion, the Court is of the opinion that it should be **GRANTED IN PART AND DENIED IN PART**.

Also before the Court is the parties' Joint Motion for Enlargement of Time to submit a confidentiality order. (Doc. 104). This motion is **GRANTED**.

Plaintiff objects to producing copies of any power of attorney papers in response to Request Nos. 2 and 3 and objects to producing any documents in response to Request Nos. 4 and 5 on grounds of relevancy.

Defendant argues that the power of attorney papers would reveal whether the articles of organization and operating agreements have been amended and also reveal the identity of witnesses who may have relevant information.

**MOTION GRANTED**: The requests for articles of incorporation and operating agreements already include a request for "all amendments." Likewise, witnesses with

relevant information have or should have been revealed in early disclosures and other discovery requests.  Thus, the reasons for the power of attorney papers asserted by Defendant do not warrant their production.

Request Nos. 4 and 5 seek Plaintiff's financial statements for the three most recent years and information regarding cash, property and service contributions made by any FA member to the corporation.

Defendant argues that this information is relevant to the economic and punitive damages sought by Plaintiff, and the Court agrees.  Plaintiff is suing Defendants for interfering with its business relationships and claiming that its business suffered as a result.  Consequently, Plaintiff has put its financial condition at issue and must provide documents which establish what that condition was and is currently.  Any concerns about an improper use of this information should be alleviated by entry of an appropriate confidentiality order.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motion for Protective Order (doc. 89) is **GRANTED**, as to the power of attorney papers included in Defendant Candela's Second Request for Production Nos. 2 and 3, but the motion is **DENIED** in all other respects and documents responsive to Request Nos. 4 and 5 should be produced within ten days after entry of a confidentiality order, as set forth below.

2.  The Joint Motion for Enlargement of Time (doc. 104) is **GRANTED**, and the parties shall submit such an order on or before March 25, 2008.  The document

**No. 1:07cv190-SPM/AK**

production directed in this order and in the previous order (doc. 98) shall take place within ten days of entry of the confidentiality order or by **April 4, 2008.**

**DONE AND ORDERED** this ___**19**<sup>th</sup>___ day of March, 2008.

*S/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv190-SPM/AK**