# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**FORUM ARCHITECTS, LLC,**

    Plaintiff,

vs.                                                        **CASE NO. 1:07CV190-SPM/AK**

**ED CANDELA, et al,**

    Defendants.

_____/

## O R D E R

Plaintiff has moved for an enlargement of time to submit an agreed confidentiality order to the Court. (Doc. 106). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the parties shall have through March 28, 2008, to submit the order.

**DONE AND ORDERED** this _27th_ day of March, 2008.

                                          _s/ A. KORNBLUM_
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**