**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**FORUM ARCHITECTS, LLC,**

    **Plaintiff,**

vs.                                                   **CASE NO. 1:07CV190-SPM/AK**

**ED CANDELA, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is the following motion: (1) Defendants' Motion for Protective Order. (Doc. 108). Also at issue, but not docketed as a motion is Plaintiff's Status Report and Request for Hearing. (Doc. 109). Having considered these issues, the Court is of the opinion that the request for hearing should be denied, and the motion for protective order should be **GRANTED IN PART AND DENIED IN PART.**

The terms of the confidentiality order shall be applicable to the insurance representatives, and the parties shall have access to all documents produced and governed by the confidentiality order without additional court intervention. There is no reason to exclude the insurance representative from the terms of the confidentiality because he is required to take other steps to ensure confidentiality. Plaintiff should be able to depend upon the terms of an order entered in this case to be enforced by this Court without wondering whether "other agreements" are adequate to their concerns. The Court has read the terms of the confidentiality agreement and finds nothing overtly burdensome about it.

However, the Court agrees that it would be unduly burdensome to the Defendants and the Court if it were required that a party seek leave of Court every time confidential documents needed to be reviewed with counsel.  The terms of the agreement should adequately ensure that these documents are not disseminated on the internet or to persons not authorized by the agreement or it has no purpose.

Accordingly, it is

**ORDERED:**

Defendant's Motion for Protective Order (doc. 108) is **GRANTED IN PART AND DENIED IN PART**, as set forth above.

**DONE AND ORDERED** this **1st** day of April, 2008.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**