IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FORUM ARCHITECTS, LLC,
a limited liability corporation

       Plaintiff,

vs.                                     Case No.  1:07-CV-190-SPM/AK

ED CANDELA, PAT CANDELA,
et al.

       Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to the "Notice of Voluntary Dismissal" (doc. 99) and Federal Civil Procedure Rule 41, it is hereby **ORDERED AND ADJUDGED** that this action is dismissed without prejudice as to Defendants William Cox, Lillian M. Cox, and Dave Gatelein.

**DONE AND ORDERED** this twenty-fourth day of April, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge