IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FORUM ARCHITECTS, LLC,**

    **Plaintiff,**

vs.                                                   CASE NO. 1:07CV190-SPM/AK

**ED CANDELA, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court are the following motions: (1) Defendants' Motion to Compel (doc. 123); and (2) Plaintiff's Motion to Compel. (Doc. 122). Having considered said motions, the Court is of the opinion that Defendants' Motion (doc. 123) should be **DEEMED MOOT**, and Plaintiff's Motion (doc. 122) should be **DENIED**.

At issue in Defendants' motion are timely responses to certain interrogatories, which Plaintiff contends have now been provided. (Doc. 131). Since the only issue before the Court is Plaintiff's untimeliness, which it concedes, and the only relief sought is an immediate response, which has now been provided, the Court finds that the motion to compel (doc. 123) should be **DEEMED MOOT**. Defendants also seek sanctions, but this request is **DENIED**. The Court, in its discretion, finds that sanctions are not warranted because, although Plaintiff was clearly late in responding, there has been no showing of prejudice resulting from the delay.

Plaintiff has moved to compel responses to several interrogatories and requests for production of documents over the objections of the defendants. (Doc. 122). Defendants respond that Plaintiff has failed to specify which defendant's responses are at issue and the responses are not the same. (Doc. 133). Further, Defendants argue that Plaintiff's failure to adhere to local rules regarding discovery motions by listing each discovery request and the specific objection, coupled with reciting the objections inaccurately, has made it "impossible" to determine which responses are at issue.

The Court agrees that the proper course for such motions, as set forth in Local Rule 26.2(C) is to "quote verbatim each interrogatory, request for admission or request for production to which objection is taken; (2) quote in full the opponent's specific objection;, and (3) state the reasons such objection should be overruled and the motion granted." Plaintiff has not complied with the local rule and instead listed the requests at issue, cited the general objections, and made a general argument against the objections, which is not helpful to either the Court or the Defendants. Consequently, Plaintiff's motion (doc. 122) is **DENIED**, but without prejudice to again so move so long as the motion is prepared in accordance with the local rules.

**DONE AND ORDERED** this   21st   day of May, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv190-SPM/AK**