# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**FORUM ARCHITECTS, LLC,**

    Plaintiff,

vs.    CASE NO. 1:07CV190-SPM/AK

**ED CANDELA, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendants' Consent Motion to extend the discovery deadline for a limited purpose and corresponding extension of time to file dispositive motions. (Doc. 359). Having considered said motion, the Court is of the opinion that it should be **GRANTED,** and discovery is extended through **March 20, 2009**, for the limited purpose of taking the deposition referenced in the motion, and the deadline for filing dispositive motions is extended through **April 17, 2009.**

**DONE AND ORDERED** this  _19th_  day of February, 2009.

                                                     _s/ A. KORNBLUM_
                                                   **ALLAN KORNBLUM**
                                                   **UNITED STATES MAGISTRATE JUDGE**