**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**FORUM ARCHITECTS, LLC,**

    **Plaintiff,**

vs.                                                **CASE NO. 1:07CV190-SPM/AK**

**ED CANDELA, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Case Status Conference (doc. 363) and Motion for Extension of Time to Complete Discovery.  (Doc. 362).  Defendants have responded and oppose both motions.  (Docs. 365 and 366).

The Court agrees with Defendants that a status conference is unnecessary.  There are a few motions pending, but they have mostly been briefed and do not, at least from the perspective of the undersigned, need oral argument.  **Insofar as the request extends to motions pending before the district judge, the motion (doc. 362) should be referred to him by the Clerk for consideration as to whether a conference will be beneficial**.  However, the motion (doc. 363) is **DENIED**, insofar as Plaintiff requests a conference before the magistrate judge.

Plaintiff's request an extension of the discovery deadline "until a reasonable time after Defendants have produced their emails," and "if necessary, just and proper,

extending all attendant deadlines accordingly." These are rather vague parameters. Nonetheless, there has not yet been a discovery deadline extension in this case and certain extensions can be granted and still keep the present trial date. Therefore, the motion (doc. 362) is **GRANTED**, and the discovery deadline shall be extended through **April 17, 2009**, and the dispositive motions deadline shall be extended twenty days after that date or until **May 6, 2009.** Any additional extensions will likely impact the trial date and should be sought from the district judge.

**DONE AND ORDERED** this  **24**th  day of February, 2009.

> *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv190-spm/ak**