**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FORUM ARCHITECTS LLC,
a Limited Liability Corporation

    Plaintiff,                                  Case No.: 1:07cv190/SPM/AK

v.

ED CANDELA, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Upon consideration by this Court, "Plaintiff's Motion for Voluntary Dismissal with Prejudice" (doc. 382) is hereby ***granted***. Pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i), this case is hereby ***dismissed with prejudice.***

Accordingly, the clerk shall close this case.

    DONE AND ORDERED this <u>nineteenth</u> day of March, 2009.


                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge